NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANESTI MARKOGLU,<br><br>                  Plaintiff,<br><br>v.<br><br>EXPERIAN CORPORATION, *et al.*,<br><br>                  Defendants. | No. 15-7508 (SDW)(SCM)<br><br><br>**ORDER**<br><br><br><br>November 30, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 8, 2017 by Magistrate Judge Steve C. Mannion ("Judge Mannion"), recommending that Plaintiff's motion to vacate the settlement, re-open the case, and amend the complaint be denied and Defendant Federated Capital Corp.'s motion to enforce the settlement be granted. Neither Plaintiff nor Defendant filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (Dkt. No. 113) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                            s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc:    Parties
        Magistrate Judge Mannion